UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>George Kersey</u>

    v.                              Case No. 12-cv-157-PB

<u>United States of America, et al.</u>

### O R D E R

The motion to clarify (Doc. No. 24) is granted in part. The second amended complaint (Doc. No. 14) is allowed. The motion to dismiss the first amended complaint (Doc. No. 13) is denied as moot.

Defendant shall have 14 days from the date this order issues to file a motion to dismiss the second amended complaint.

No further amended complaints shall be filed without court approval.

SO ORDERED.

                                          <u>/s/Paul Barbadoro</u>
                                          Paul Barbadoro
                                          United States District Judge

October 18, 2012

cc:  Ly T. Chin, Esq.
     Matthew G. Mavorgeorge, Esq.
     Nancy J. Smith, Esq.